UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Wellspring Worldwide Inc., <br><br> Plaintiff, <br><br> v. <br><br> Resolute Innovation, Inc., <br><br> Defendant. | Civil Action No. 2:18-CV-00757 <br><br> Magistrate Judge Lisa Pupo Lenihan |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Wellspring Worldwide Inc. and Defendant Resolute Innovation, Inc., by their respective counsel, hereby jointly notify the Court that the above-captioned action ("Action") has been settled by agreement of the parties.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate and notify the Court that all claims in the Action are hereby dismissed with prejudice and each party to the Action shall bear its own attorneys' fees and costs.

Dated: December 14, 2018

/s/ Andrew M. Gross
Bruce E. Rende (Pa I.D. # 52714)
ROBB LEONARD MULVIHILL LLP
BNY Mellon Center
500 Grant St., Suite 2300
Pittsburgh, Pennsylvania 15219
(412) 281-5431 (t)
(412) 281-3711 (f)
brende@rlmlawfirm.com

Jeffrey A. Soble (IL ARDC 6238138)
Andrew M. Gross (IL ARDC 6299917)
FOLEY & LARDNER LLP
321 N. Clark St., Suite 2800
Chicago, Illinois 60654
(312) 832-4500 (t)
(312) 832-4700 (f)
jsoble@foley.com
agross@foley.com

Sarah E. Rieger (WI Bar No. 1112873)
FOLEY & LARDNER LLP
777 E. Wisconsin Ave.
Milwaukee, WI 53202
(414) 271-2400 (t)
(414) 297-4900 (f)
srieger@foley.com

*Attorneys for Plaintiff
Wellspring Worldwide Inc.*

Respectfully submitted,

/s/ Jeffrey T. Norberg
Audrey K. Kwak (Pa I.D. # 200527)
Eckert Seamans Cherin & Mellott LLC
600 Grant Street
44th Floor
Pittsburgh, PA  15219
(412) 566-6049 (t)
(412) 566-6099 (f)
akwak@eckertseamans.com

Jeffrey T. Norberg (IL ARDC 6315012)
Ashley L. Rovner (IL ARDC 6327529)
Neal & McDevitt, LLC
1776 Ash St.
Northfield, Illinois 60093
(847) 881.2468 (t)
(847) 441.0911 (f)
jnorberg@nealmcdevitt.com

*Attorneys for Defendant
Resolute Innovation, Inc.*